# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK W. ADKINS, | 3:12-CV-0581-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 2, 2013 |
| RENEE BAKER, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion identifying unserved defendants and requesting issuance of summons (#16) is **GRANTED in part**.  Service has been accepted by the Office of the Attorney General for all defendants except Alan Zimmer (incorrectly named as Allan Zimmerman) and Jonathan Kluever (incorrectly named as Johnathan Kluver) (#s 13, 14, 15, 17, 21).

The Office of the Attorney General has filed the last known addresses of Alan Zimmer and Jonathan Kluever *under seal* (#s 15 & 17).  The last known addresses shall be kept under seal by the court and shall not be provided to the plaintiff.

The Clerk shall **ISSUE** summonses for **Alan Zimmer** and **Jonathan Kluever** and send the same to the U.S. Marshal with the addresses provided under seal (#s 15 & 17).  The Clerk shall **SEND** to plaintiff two USM-285 forms, two copies of the complaint (#4), and two copies of this order for the defendants.  Plaintiff shall have until **Friday, July 19, 2013** to complete the USM-285 service forms and return them along with the other documents to the U.S. Marshal for service.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
     Deputy Clerk