# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK W. ADKINS, | ) | 3:12-CV-0581-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 17, 2013 |
| | ) | |
| RENEE BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion requesting an extension of time and an order to serve plaintiff a copy of defendants' motion to dismiss (#29). Defendants filed a notice of non-opposition to the motion for extension of time and advised that a second copy of the motion to dismiss was mailed to the defendant on July 15, 2013 (#32). Therefore, plaintiff's motion for extension of time (#29) is **GRANTED in part**. Plaintiff shall have to and including **Friday, August 30, 2013** to file an opposition to defendants' motion to dismiss. **No further extensions of time shall be granted**.

Plaintiff's motion for an extension of his copywork limit (#33) is **GRANTED in part**. The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the additional amount of $10.00 in order to properly oppose defendants' motion to dismiss. The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available. The court cautions plaintiff that he should carefully consider the documents he intends to attach as exhibits to his opposition as the court will not allow plaintiff to exceed the copy limit by more than $10.00 under any circumstance.

The Clerk shall mail a copy of this order to Albert Peralta, Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk