UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FREDERICK ADKINS, ) | |
| ) | 3:12-cv-00581-LRH-VPC |
| Plaintiff, ) | |
| ) | <u>ORDER</u> |
| vs. ) | |
| ) | |
| RENEE BAKER, et al., ) | |
| ) | |
| Defendants. ) | |

Before the court is Plaintiff's Objection to "Minutes of the Court" No. 50 (#51[1]), which the court will treat as a motion to reconsider Magistrate's Order #50.  Also before the court is Defendants' Response to Plaintiff's Motion: Objection to Minutes of Court (Doc #50).  Doc. #57.

The Court has conducted its review in this case, has fully considered Plaintiff's motion, Defendants' response, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#50) will, therefore, be sustained and Plaintiff's motion (#51) is denied.

IT IS SO ORDERED.

DATED this 4th day of February, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.