UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| FREDERICK W. ADKINS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-cv-00581-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| JAMES G. COX; et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#82[1]) entered on February 5, 2014, recommending that this action be dismissed for Rule 11 violations. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada. No objections to the Report and Recommendation have been filed.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#82) entered on February 5, 2014, should be adopted and accepted.

///

---

[1]Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#82) entered on February 5, 2014, is adopted and accepted, and this action is **DISMISSED** for Plaintiff's fraud on the court in violation of Rule 11.

    IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (#21) be DENIED as moot.

    IT IS FURTHER ORDERED that the following motions filed by Plaintiff are DENIED as moot:  Motion to Strike Exhibits from Motion to Dismiss (#30); Counter Motion for Summary Judgment (#42); Motion for Emergency Preliminary Injunction (#56); Motion for Leave to Amend Complaint (#65); Motion to Amend Scheduling Order (#69); Motion for Leave to File Exhibits and Leave to File Amended Complaint (#75); and Request for Order re Motion for Preliminary Injunction (#79).

    IT IS FURTHER ORDERED that the Clerk of the Court ENTER JUDGMENT accordingly and close this case.

    IT IS SO ORDERED.

    DATED this 6th day of March, 2014.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE